IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 07-0535-CG-M |
| v. | ) |
| | ) |
| CITY OF MOBILE, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's order granting motions for summary judgment entered this date it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, City of Mobile, and against the plaintiff, Barbara Johnson, as to all plaintiff's claims, and plaintiff's claims against the City of Mobile are here **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 23rd day of July, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE